**No. 10-5240. Frank Adam Seigfried, Petitioner v. Lawrence Greer, Warden.**

562 U.S. 1066, 131 S. Ct. 640, 178 L. Ed. 2d 485, 2010 U.S. LEXIS 9362.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 372 Fed. Appx. 536.